In the Matter of the Application of MONTEDOR REALTY CO., INC., and Others, Appellants, v. HARRIS H. MURDOCK and Others, Respondents.— Orders unanimously reversed, without costs, the order of certiorari sustained, and the determination of the board of standards and appeals annulled. (See *Matter of Levy* v. *Board of Standards & Appeals*, 267 N. Y. 347; *Yonng Women's Hebrew Association* v. *Board of Standards & Appeals*, 266 id. 270.) Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT GIOIA and SANTO DE FRANCO, Appellants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ROBERT GILVEY, Respondent, v. D. E. H. DEMOLITION CO., INC. Appellant, Impleaded with Others.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MAX RUDOLF, Appellant, v. BROWN, YOUNG & COMPANY, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MAE SACKMAN, Appellant, v. MICHAEL W. SCHEITERLE, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley and Untermyer, JJ., dissent and vote to reverse and grant the motion.

LAURA GRANVILLE, as Ancillary Administratrix, etc., of TAYLOR GRANVILLE, Also Known as GRANVILLE TAYLOR, Deceased, Respondent, v. SAMUEL H. GRISMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WILLIAM S. RIGGS, Appellant, v. HERMAN A. SCHMIDT, Respondent, Impleaded with Others.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HYMAN GOLDBERG, an Infant, by SAMUEL GOLDBERG, His Guardian ad Litem, and SAMUEL GOLDBERG, Appellants, v. M. SMOLEROFF HOLDING CO., INC., Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to reverse and reinstate the verdicts.

ISABELLA TROIANO, Respondent, v. ANTONIO TROIANO, Appellant.—Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of CARMELO LUCA, Appellant, for a Mandamus Order against THE DEPARTMENT OF PUBLIC MARKETS, WEIGHTS AND MEASURES, THE COMMISSIONER OF PUBLIC MARKETS, WILLIAM FELLOWES MORGAN. JR., and THE COMMISSIONER OF LICENSES, PAUL MOSS, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MARION O'BRIEN, Respondent, v. DENIS DONEGAN, Appellant.— Judgment reversed and a new trial granted on the ground that the verdict is against the weight of the credible evidence. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.; O'Malley and Cohn, JJ., dissent and vote for affirmance.